**PerkinsCoie**

3150 Porter Drive
Palo Alto, CA 94304-1212

T +1.650.838.4300
F +1.650.838.4350
PerkinsCoie.com

July 29, 2024

James G. Snell
JSnell@perkinscoie.com
D. +1.650.838.4367
F. +1.650.838.4567

Hon. Nathanael Cousins
U.S. District Court, Northern District of California
280 South 1st Street
San Jose, CA 95113

**Re:** *In re Application of Alpine Partners (BVI), L.P., Petition, for an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in a Foreign Proceeding*, Case No. 24-80136-NC

Dear Judge Nathanael Cousins:

Pursuant to the Court's Order dated June 10, 2024 (Dkt. 11), Petitioner Alpine Partners (BVI) L.P. ("Alpine") and Respondents Vivo Capital LLC and associated entities ("Vivo") file this Joint Discovery Letter Brief.

Counsel for Alpine and Vivo discussed this matter by telephone on July 25, 2024. As Alpine intends to withdraw its Application to Take Discovery Pursuant to 28 U.S.C. § 1782 (Dkt. 1), to preserve the resources of the Court and the parties, no further action is necessary at this time.

Sincerely,

James G. Snell
Attorney for Respondents, Vivo Capital, LLC, *et al.*


*/s/ Jingxi Zhai*
Jingxi Zhai
Attorney for Petitioner, Alpine Partners (BVI) L.P.

Perkins Coie LLP